**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellant,*

v.

AHMED RESSAM, also known as
Benni Antoine Noris,
*Defendant-Appellee.*

No. 05-30422

D.C. No.
CR-99-00666-001-
JCC

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

AHMED RESSAM, also known as
Benni Antoine Noris,
*Defendant-Appellant.*

No. 05-30441

D.C. No.
CR-99-00666-001-
JCC

ORDER

On Remand from the United States Supreme Court

Filed August 15, 2008

Before: Arthur L. Alarcón, Pamela Ann Rymer, and
Marsha S. Berzon, Circuit Judges.

## ORDER

The mandate of the United States Supreme Court having issued on Ahmed Ressam's appeal from his conviction for carrying an explosive during the commission of a felony in violation of 18 U.S.C. § 844(h)(2)(1994), *United States v. Ressam*, ___ U.S. ___, 128 S.Ct. 1858 (2008), we must now

10717

reach the government's challenge to the reasonableness of Ressam's sentence. *United States v. Carty*, 520 F.3d 984 (9th Cir. 2007) (en banc), was decided after sentence was imposed in this case and, among other things, *Carty* makes clear that all sentencing proceedings must begin by determining the applicable Guidelines range. *Id.* at 993. This was not done here. Accordingly, we vacate the sentence and remand for resentencing in accordance with *Carty*.

VACATED AND REMANDED.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.